UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.     CV 16-8985 DSF (SS)                                    Date: January 23, 2017
                                                                    Page 1 of 1

Title:       Katryna Elizabeth Araya v. Carolyn W. Colvin, Commissioner of Social Security

DOCKET ENTRY:    ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE
                 DISMISSED FOR FAILURE TO PROSECUTE

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Marlene Ramirez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF(S):           ATTORNEYS PRESENT FOR DEFENDANT(S):

None Present                                   None Present

**PROCEEDINGS: (IN CHAMBERS)**

On December 5, 2016, Katryna Elizabeth Araya ("Plaintiff") filed a Complaint seeking review of Defendant's decision denying disability benefits. Pursuant to the Court's December 15, 2016 Order Re: Procedures In Social Security Appeal, Plaintiff was required to file a proof of service of the Complaint by January 15, 2017. As of today, Plaintiff has not filed a proof of service.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, within **fourteen (14) days** of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff may discharge this Order by either filing a proof of service or a declaration, signed under penalty of perjury, establishing good cause as to why Plaintiff has been unable to file a proof of service.

**Plaintiff is expressly advised that failure to timely file a proof of service or a declaration in response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).**

The Clerk of the Court is directed to serve a copy of this Order on counsel for Plaintiff and counsel for Defendant.