**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATRYNA ELIZABETH ARAYA, Mother of J.L.F. Jr.,<br><br>     Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>     Defendant. | Case No. CV 16-8985 DSF (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

1    **IT IS ORDERED** that Judgment shall be entered dismissing this

2  action with prejudice for failure to prosecute and obey Court

3  orders.

4

5    **IT IS FURTHER ORDERED** that the Clerk serve copies of this

6  Order and the Judgment herein on Plaintiff and counsel for

7  Defendant.

8

9    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

10

11  Dated: 8/24/17

12                        _____
                          DALE S. FISCHER
13                        UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28